ORIGINAL

**FILED**

07/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0203

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0203

IN RE THE PARENTING OF:

R.D.R.,

A Minor Child,

RICHARD DANE RENN,

      Petitioner and Appellant,

and

NATALIA MERION BURCAR,

      Respondent and Appellee.

**FILED**

JUL 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant has until September 2, 2022, within which to file the opening brief.

No further extensions will be granted.

DATED this _____ day of July, 2022.

For the Court,

_____
Chief Justice